[No. 34734-9-I.   Division One.   July 31, 1995.]

MARCIA I. MADDOCK, *Individually and as Personal Representative of the Estate of* ROBERT E. IGOU, *Appellant*, v. FIBREBOARD CORPORATION, ET AL., *Defendants*, OWENS-CORNING FIBERGLAS CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-02334-2, Robert H. Alsdorf, J., entered

May 2, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, A.C.J., and Grosse, J.